IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER GOLDSTEIN, MARK FRIEDGAN, ALEXG HOLDINGS, LLC and MIF, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> MICHAEL PARRELLA, SR., MICHAEL PARRELLA, JR., JON TAIBER, and STEVEN MALKIEWICZ, <br><br> Defendants. | Civil Action No. 19-cv-3029 <br><br> **JURY TRIAL DEMANDED** <br><br> Hon. Elaine E. Bucklo <br><br> Hon. Susan E. Cox |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Alexander Goldstein, Mark Friedgan, ALEXG Holdings, LLC and MIF, LLC, by and through their counsel, voluntarily dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Plaintiffs note that none of the defendants has served an answer or filed a motion for summary judgment. None of the Plaintiffs has previously dismissed any federal or state court action based on or including the same claims as the present action.

WHEREFORE, Plaintiffs Goldstein, Friedgan, ALEXG Holdings, LLC and MIF, LLC voluntarily dismiss this action with prejudice.

Dated: August 19, 2019

                                               Respectfully submitted,

| | |
|---|---|
| James L. Thompson (IL 6199621) <br> Mindy S. Schwab (IL 6296233) <br> LYNCH THOMPSON LLP <br> 150 South Wacker Dr., Ste 2600 <br> Chicago, IL 60606 <br> 312-346-1600 <br> jthompson@lynchthompson.com <br> mschwab@lynchthompson.com <br> docketing@lynchthompson.com | MIF, LLC <br><br><br><br><br> By: /s/ *James L. Thompson* <br>      One of Its Attorneys |

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on August 19, 2019, I caused a true and accurate copy of the foregoing **Plaintiffs' Notice of Voluntary Dismissal** to be filed electronically through the Court's CM/ECF system which will send notice of electronic filing to all counsel of record.

                 */s/ James L. Thompson*_____